FILED
SEP 21 2011
CLERK

UNITED STATES DISTRICT COURT
District of South Dakota
Western Division

United States of America,

                      Plaintiff

vs.

Leonard Chase Alone, Jr.,

                      Defendant

ORDER for PRESENTENCE STUDY AND REPORT
CR #: 11-50031-01

      Based on the defendant's plea of guilty to the offense of Abusive Sexual Contact, and the Court desiring more information than is otherwise available to it as a basis for determining the sentence to be imposed on the defendant, pursuant to 18 U.S.C. § 3552(b), it is hereby

      ORDERED that the defendant submit to a presentence examination and study, such study shall be conducted in the local community by qualified consultant[s] contracted with the U.S. Probation Office, and it is further

      ORDERED that such presentence study include a psychosexual assessment of the defendant, and it is further

      ORDERED that the qualified consultant[s] prepare a written report containing any findings and recommendations that will be helpful to the Court at sentencing, and release all reports and information regarding this study and assessment to the U.S. Probation Office, and it is further

      ORDERED such study to be performed within sixty days unless an extension is granted by this Court for an additional sixty days, at which time sentencing in this case may be continued, and it is further

      ORDERED that the U.S. Probation Office arrange for the scheduling of all appointments as may be necessary to conduct the study and assessment, and provide such schedule to the United States Marshal Service for the Western Division of South Dakota to facilitate transportation of the defendant, and it is further

      ORDERED that the United States Marshal Service and the U.S. Probation Office for the Western Division of South Dakota shall transport the defendant from his place of confinement to all such appointments and as may be necessary for the purpose of this study and assessment, and shall return the defendant to confinement after all such appointments.

      Dated this 21st day of September, 2011.

BY THE COURT:

Honorable Jeffrey L. Viken
U.S. District Judge